ELIZABETH SONN, as Executrix, etc., of SAMUEL SONN, Deceased, and Another v. QUEENSBORO FARM PRODUCTS, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRANK A. CRAIG v. NEW YORK WORLD-TELEGRAM CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRED VICTOR v. CARL TURETZ, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

ISAAC GOLDBERG v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ALEXANDER R. BURTON v. HERMAN RYNVELD and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GERTRUDE MALL, Executrix, etc., of SOPHIE NIX, Also Known as SOPHIA NIX and Others, v. NORBERT S. LOW, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

VINCENSO DI STEFANO v. PSATY & FUHRMAN, INC., and KNICKERBOCKER CONCRETE ARCH CONSTRUCTION CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

JOSEPHINE FAGONE v. JOSEPHINE F. BURGHARD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under Trust Indenture Dated July 18, 1933, etc., v. MAURICE ROGERS (Also Known as MAURICE SOLOMON) and Others and NELLIE GOODING and Others and SADIE COHEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of JEAN KAY against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, for an Order Reviewing the Determination of the Respondent (Appellant) Herein, Appointing One Dr. BERTRAND RUSSELL as Professor of Philosophy in the College of the City of New York, etc. HARRY J. CARMAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [See ante, p. 9. See, also, 259 App. Div. 879; Id. 1000.]

In the Matter of the Application of ALBERT J. WATSON and Others to Review the Determination of JOSEPH D. McGOLDRICK, Comptroller of the City of New York, as to the Prevailing Rate of Wages of Motor Grader Operators Employed by the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 77.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.